UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of

Cheyne European Strategic Value Credit
RAIF-Cheyne European Special Situations Fund,

Petitioner,

for an Order Pursuant to 28 U.S.C. § 1782 to
Conduct Discovery for Use in a Foreign Proceeding

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/28/2025_

25 Misc. 180 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Petitioner, Cheyne European Strategic Value Credit RAIF-Cheyne European Special Situations Fund, has filed an application under 28 U.S.C. § 1782 for an order permitting it to obtain discovery from Respondent, Redwood Capital Management, LLC, in connection with foreign proceedings in the Netherlands and the United Kingdom concerning transactions with Hunkemöller International BV. ECF No. 1. Accordingly:

1. By **May 2, 2025**, Petitioner shall serve a copy of this Order, as well as ECF Nos. 1–5 (including their attachments), on Respondent and file proof of such service on the docket;
2. By **May 19, 2025**, Respondent shall file its response to Petitioner's application; and
3. By **June 2, 2025**, Petitioner shall file its reply, if any.

SO ORDERED.

Dated: April 28, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge