UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE APPLICATION OF CHEYNE EUROPEAN
STRATEGIC VALUE CREDIT RAIF-CHEYNE
EUROPEAN SPECIAL SITUATIONS FUND,

                        Petitioner,                25-MC-00180 (AT)(SN)

      -against-                                 **ORDER**

For an Order Pursuant to 28 U.S.C. § 1782 to
Conduct Discovery for Use in a Foreign Proceeding.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       To the extent the parties wish to address the Court of Appeals' recent decision in <u>Banoka S.à.r.l. v. Elliott Mgmt. Corp.</u>, 2025 WL 2166397 (2d Cir. July 31, 2025), they may do so by submitting a letter of no more than three pages by Tuesday, August 5, 2025.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      August 1, 2025
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2025