```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE APPLICATION OF CHEYNE EUROPEAN
STRATEGIC VALUE CREDIT RAIF-CHEYNE
EUROPEAN SPECIAL SITUATIONS FUND,

                            Petitioner,                            25-MC-00180 (AT)(SN)

                -against-                                    **ORDER**

For an Order Pursuant to 28 U.S.C. § 1782 to
Conduct Discovery for Use in a Foreign Proceeding.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the passage of time, the Court invites the parties to submit status letters regarding any relevant updates on the proceedings by Tuesday, October 7, 2025.

**SO ORDERED.**

                                                                   _____
                                                                   SARAH NETBURN
                                                              United States Magistrate Judge

DATED:       October 3, 2025
                 New York, New York