UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE APPLICATION OF CHEYNE EUROPEAN
STRATEGIC VALUE CREDIT RAIF-CHEYNE
EUROPEAN SPECIAL SITUATIONS FUND,

                              Petitioner,                    25-MC-00180 (AT)(SN)

       -against-                             **ORDER**

For an Order Pursuant to 28 U.S.C. § 1782 to
Conduct Discovery for Use in a Foreign Proceeding.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On Friday, October 24, 2025, Respondent filed a letter indicating that it intends to file a motion for reconsideration of this Court's October 15, 2025 Report and Recommendation in light of new evidence. Respondent shall file their anticipated motion for reconsideration by Friday, October 31, 2025. Petitioner shall file its opposition by Friday, November 7, 2025. Respondent may file a reply, if any, by Wednesday, November 12, 2025. The deadline to file any objection before District Judge Analisa Torres pursuant to Rule 72 is stayed pending a decision on the anticipated motion for reconsideration.

SO ORDERED.

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:     October 27, 2025
                New York, New York