**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____ 12/8/2025

--------------------------------------------------------------------X

IN RE APPLICATION OF CHEYNE EUROPEAN
STRATEGIC VALUE CREDIT RAIF-CHEYNE
EUROPEAN SPECIAL SITUATIONS FUND,

                **Petitioner,**

For an Order Pursuant to 28 U.S.C. § 1782 to
Conduct Discovery for Use in a Foreign Proceeding.

--------------------------------------------------------------------X

**25-MC-00180 (AT)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On December 8, 2025, the parties appeared to discuss Respondent's Motion for Reconsideration filed at ECF No. 35. As discussed during the conference, Respondent's Motion for Reconsideration is GRANTED in part, and Petitioner is authorized to add Cheyne European Special Situations Fund Investments SCA as a party in this action.

Further, the stay in connection with any objections filed under Federal Rule of Civil Procedure 72(a) is lifted. See ECF No. 34. Respondent may file its objection by no later than Monday, January 5, 2026. Petitioner may file any response by Tuesday, January 20, 2026.

The Clerk of Court is respectfully requested to terminate the motion at ECF No. 35 and to add "Cheyne European Special Situations Fund Investments SCA" as a petitioner in this action. Counsel shall file a Notice of Appearance thereafter.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      December 8, 2025
              New York, New York